CAUSE No. W1127465(A)

MARK MILLIGAN            X    TEXAS COURT OF
TDCJ ID 1883403·
          Relator         X

Felicia Pitre, DALLAS Co.  X    CRIMINAL
District Clerk I her
Official Capacity          X

          Respondant       X

28,964-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

This document contains some
pages that are of poor quality
at the time of imaging.

Abel Acosta, Clerk

A. PLANTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE of Said Court:

Comes Now, MARK MILLIGAN, Relator, Prose in the Above styled AND Numbered CAuse of Action And files this Original Application for Writ of MANDAMUS, pursuant to Article 13.03 of the Texas Civil Practice And Remedies Code. And would show the following.

B. Relator

1.01 MARK MILLIGAN, TDCJ # 1883403 is AN Offender in the Texas Department of Criminal Justice And is Appearing, Prose, who can be located At: Scott Unit, 6997 Retrieve Rd, Angleton TX 77515,

1.02 Relator has exhausted his Remedies; and has No OTHERS Remedies At Law.

1.03 The Act Sought to be compelled is ministerial, (Not Discretionary) IN Nature. Texas Rules of Appelate Procedure 52.7 Requires Service of all files for inclusion in the Record Must — At the same time — Serve each of the Parties. Rule 52.1 of Texas Ap. Proc. describes A WRIT OF Habeas Corpus As AN Original Appelline proceeding seeking extrodinary Relief

1.04. ON September 24, 2015 the The 291st Dallas County District Court issued "Magistrate's Proposed Finding of Fact And Conclusions of Law" IN A Writ of Habeas Corpus Application, this included filings never served upon the Applicant, Relator here; The Filings Include AN "Affidavit by Brad Lollar", the Court Reporter And "Reporter's Record" As well As the "entire contents of the Courts file IN Cause No. F1127465". Relator has Not had Any of these items served upon him, this has made it impossible to respond or object to these finding. He has made Several Request to the district clerk Requesting these filings (Exhibit A) by U.S. mail. No Response has been Recieved.

## II.

## C. Respondent

Respondent, Felicia Pitre, IN her official capacity As District Clerk of DALLAS COUNTY, TEXAS has A ministral duty to Recieve And file All papers IN Criminal Proceedings, And perform All other duties imposed on the clerk by law pursuant to T.C.C.P. Art 2.21 to Require All papers filed IN An original Appellate Proceeding to also be sent to each Party At the same time TX. Rules of Appelate Procedure 52.7. Felicia Pitre may be served At 133 N. Riverfront, LB 12. DALLAS TX 75207-4300

## III

To date, Relator has recieved No Response from Respondant As to Relator's Request to be served these filings used by the MAGISTRATE in the Proposed Finding of Facts And Conclusions of Law"

# IV

Relator would ask for Judicial NOTICE that the 291st Dallas County Tx, District Clerk Court is not the original Trial Court. That the original Trial Court was the 363rd Judicial District Court who recused herself from the Cause # W1127465; And, F1127466 that was Acquited by Judge Susan Hawk, the current Dallas County District Attorney. Magistrate, C.M. SAMs, And Judge Stephanie Mitchell have only the limited, undeveloped Record And Applicant and Attorney Brad Lullar's input. Brad And the Court have the trial transcripts, court file, reporter record and Affidavits not Available to Relator which they are using to deny Relators claims with out Allowing him the same Access to develop the record And his claims. Tx Appellate Procedure 52.7 and 52.1 clearly Require All or each party to be served at the same time. As Relator has the burden of proff in this Action he should have evidence and filings to the court served to him to allow for Answer Rebuttol and objections where Applicable to satisfy his 6th and 14th Amendment of the USCA, And the Texas Constitution and Texas Appellate Procedures.

## V

Prayer For Relief

Wherefore, Premises Considered, Relator Mark Milligan, Pro Se Respectfully Request A finding that the Respondent did Not transmit the Affidavit of Brad Lollar, Clerks Record the Reporters Record, Judgment, Sentence, docket sheets And other exhibits And evidentiary matter filed in the trial Records of Cause Number W1127465, As Required by the Texas Rules Of Apelate Procedure Rules 52.7 and 52.1, within A Reasonable time, that they were Requested And that they should be Forwarded. That Relator has brought this Action in good faith And has Substantially prevailed, As Relator's Cause has merit

Relator Prays for An order directing the Respondant to forthwith transmit the filing in this cause by the district Court to Also be served on Relator

By _Mark Milligan_
Relator

Unsworn Declaration

I, MARK MILLIGAN, #1883403, being incarcerated In South Unit TDCJ I. D., in Brazoria County TX declare Under the Penalty of Perjury, Enhanced, I have Read said Writ And the facts Are true And Correct Executed 11-3-15

_Mark Milligan_
Mark Milligan Relator Pro Se

## Certificate of Service

I Hereby certify that A true copy of the Above Application for Writ of Mandamus was served Felicia Petre, Dallas County District Clerk, by placing the same A copy of Addressed to 133 North Riverfront Blvd. LB 12 Dallas Texas 75207 on this day of December 3, 2015.

_Mark Milligan_

MARK MILLIGAN, Relator

CAUSE N° W1127465 (A)

MARK MILLIGAN                          X
TDC#1883403 Relator                    X          TEXAS COURT OF
Felicia Petre, Dallas Co.              X
District Clerk in Her                  X          CRIMINAL APPEALS
Official Capacity
           Respondant.                 X

## ORDER

The Dallas County, District Clerk is hereby ORDERED to:

Prepare a transcript of All papers in this cause And transmit the Clerk's Record, the Reporters Record, judgement, sentence, docket sheets, Brad Lollar's Affidavit, docket Sheets And other exhibits And evidentiary matter filed in the trial Records of this cause to MARK MILLIGAN, By U.S. mail At Scott Unit, 6999 Retrieve Rd., Angleton TX 77515 As Required by Texas Code of Appellate Procedure.

Signed And Entered This ____ day of ____ 2015.